# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**STACY ABRAM, JR. As next friend of**
**Stacy S. Abram, and Stacy MX Abram, minors**           **PLAINTIFF**

**VS.**                                     **3:05CV00166**

**CITY OF EARLE, ARKANSAS, et. al.**                      **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion for a new trial and new hearings (docket # 5) which the Court will treat as a motion for reconsideration. On August 31, 2005 the Court entered an Order finding that the Plaintiff had filed a separate suit, case number 3:05CV00164, on the same underlying facts as alleged in this Complaint and dismissing Plaintiff's Complaint *sua sponte*.

For the reasons stated in the Court's August 31, 2005 Order, the Plaintiff's motion is denied.

IT IS SO ORDERED this 12th day of September, 2005.

_____
James M. Moody
United States District Judge